FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -9 A 10: 23

CLERK
OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BARBARA POWELL, as legal guardian
of JEFFREY A. POWELL,

Plaintiff,

vs.

JOHNNY WHEELIS, d/b/a W & W
HAULING, RICHARD D. LITTLE,
and W & W HAULING, INC., a
Georgia Corporation,

Defendants.

CIVIL ACTION NO.: CV203-195

## ORDER

Plaintiff filed a Motion for Leave of Court to Take Supplemental Depositions of Richard Little and Johnny Wheelis. Defendants filed a Response, and Plaintiff filed a Reply.

Plaintiff asserts that after the original depositions of Little and Wheelis, additional depositions and discovery were conducted. Plaintiff contends that the witnesses who were deposed provided evidence related to the cause of the accident, Defendants' negligence, and their theories regarding Jeffrey Powell's alleged comparative negligence. (Doc. No. 167, pp. 1-2.) Plaintiff alleges that she will not question Little and Wheelis on specific areas addressed during their prior depositions, but she should not be restricted to any other relevant areas. Plaintiff uses as an example of the type of questions she wishes to pose to Little are those concerning his personal activities at Wayne County Memorial Hospital.

AO 72A
(Rev. 8/82)

Defendants assert that the issues Plaintiff wishes to address in a second deposition were adequately covered during the first deposition; therefore, a second deposition would be cumulative, burdensome, and a waste of time and resources. (Doc. No. 173, p. 1.) Defendants contend that Plaintiff had the opportunity to question Little and Wheelis regarding the chain of custody of blood samples during their first depositions but did not take advantage of this opportunity. Defendants also contend that any benefit that would inure to Plaintiff by allowing the taking of these depositions is clearly outweighed by the burdens involved.

Upon review, Plaintiff's Motion for Leave of Court to Take Supplemental Depositions of Richard Little and Johnny Wheelis (Doc. No. 167) is **GRANTED**. Plaintiff's counsel may conduct an additional deposition of both Little and Wheelis. Counsel is directed to act in accord with Mr. Kent's letter to Mr. Milton dated March 18, 2005, which is attached to Plaintiff's Motion as Exhibit D. Plaintiff is cautioned against inquiring of matters already discussed in the prior depositions of these two Defendants.

**SO ORDERED**, this 9th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

C. Duke
A. Kent
E. Leach
J. Milton
S. Pablo
J. Whitman

CASE NO:        CV203-195
DATE SERVED:  5/9/05
SERVED BY:

☐   Copy placed in Minutes
☐   Copy given to Judge
☐   Copy given to Magistrate