IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BARBARA POWELL, as legal guardian
of JEFFREY A. POWELL,

    Plaintiff,

vs.

JOHNNY WHEELIS, d/b/a W & W
HAULING, RICHARD D. LITTLE,
and W & W HAULING, INC., a
Georgia Corporation,

    Defendants.

CIVIL ACTION NO.: CV203-195

## O R D E R

Plaintiff filed a Motion to Strike and Incorporated Response to Defendants' Motion to Strike Dr. Goldberger as a Witness at Trial. (Doc. No. 115.) By Order dated January 14, 2005, the undersigned granted Defendants' motion to withdraw their Motion to Strike Dr. Goldberger, and the Motion to Strike was dismissed. (Doc. No. 131). Accordingly, Plaintiff's Motion to Strike and Incorporated Response to Defendants' Motion to Strike Dr. Goldberger as a Witness at Trial (Doc. No. 115) is **DISMISSED** as moot.

SO ORDERED, this 9th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

C. Duke
A. Kent
E. Leach
J. Milton
S. Pablo
J. Whitman

CASE NO: CV203-195

DATE SERVED: 5/9/05

SERVED BY:

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate