**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U. S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -9 A 10: 23

CLERK _____

BARBARA POWELL, as legal guardian    :
of JEFFREY A. POWELL,                :
                                     :
        Plaintiff,                   :
                                     :
vs.                                  :    CIVIL ACTION NO.: CV203-195
                                     :
JOHNNY WHEELIS, d/b/a W & W          :
HAULING, RICHARD D. LITTLE,          :
and W & W HAULING, INC., a           :
Georgia Corporation,                 :
                                     :
        Defendants.                  :

## O R D E R

Plaintiff filed a Motion to Strike Defendants' Surreply Regarding Plaintiff's Objection

to Magistrate Graham's January 11, 2005, Order on Plaintiff's Motion in Limine. Upon

review, Plaintiff's Motion (Doc. No. 169) is **DENIED**.

**SO ORDERED**, this ___9th___ day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

C. Duke
A. Kent
E. Leach
J. Milton
S. Pablo
J. Whitman

CASE NO:    CV203-195

DATE SERVED:  5/9/05

SERVED BY:

☐  Copy placed in Minutes
☐  Copy given to Judge
☐  Copy given to Magistrate