FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -9 A 10 2

CLERK
SO     OF GA.

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BARBARA POWELL, as legal guardian
of JEFFREY A. POWELL,

Plaintiff,

vs.

JOHNNY WHEELIS, d/b/a W & W
HAULING, RICHARD D. LITTLE,
and W & W HAULING, INC., a
Georgia Corporation,

Defendants.

CIVIL ACTION NO.: CV203-195

## ORDER

Defendants filed a Motion in Limine to Exclude Evidence of Trooper Jeff Dupont's Prior Criminal Convictions. Defendants assert that Trooper Dupont was arrested in April 1988 for resisting arrest and in November 1991 for driving under the influence; he pled nolo contendere to both charges. Defendants assert that both of these offenses are misdemeanors, and under FED. R. EVID. 609(a)(2), this evidence can be used to attack a witness' credibility only if these offenses involved dishonesty or false statements. Defendants also assert that these convictions occurred over ten (10) years ago, and any probative value of admitting these convictions as evidence at trial would be greatly outweighed by the prejudicial value of this evidence.

Upon review, Defendants' Motion in Limine to Exclude Evidence of Trooper Jeff Dupont's Prior Criminal Convictions (Doc. No. 178) is **GRANTED**. See FED. R. EVID. 609(a)(2) and (b).

**SO ORDERED**, this 9th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

**ATTORNEYS SERVED.**

C. Duke
A. Kent
E. Leach
J. Milton
S. Pablo
J. Whitman

CASE NO: CV203-195

DATE SERVED: 5/9/05

SERVED BY:

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate