# In the United States District Court for the Southern District of Georgia
# Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 MAY 10 A 9 07
CLERK
   OF GA.

BARBARA POWELL, as : CIVIL ACTION
legal guardian of
JEFFREY A. POWELL, :

    Plaintiff, :

       v. :

JOHNNY WHEELIS, d/b/a :
W & W HAULING; RICHARD D.
LITTLE; and W & W HAULING, :
INC., a Georgia corporation,
                        :
    Defendants. NO. CV203-195

## O R D E R

Upon consideration of Plaintiff's Motion for Clarification of Court's notice dated April 26, 2005,

**ORDERED** that Defendants, Johnny Wheelis and Richard D. Little, be present at the pretrial conference for May 16, 2005.

**SO ORDERED**, this 10th day of May, 2005.

                              JUDGE, UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

C. Duke
A. Kent
E. Leach
J. Milton
S. Pablo
J. Whitman

CASE NO: CV203-195
DATE SERVED: 5/10/05
SERVED BY: slt

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate

Confirmation Report - Memory Send

Page        : 001
Date & Time: 10-May-2005  10:48
Line 1      : 9122801331
Machine ID : UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Job number | : | 610 |
| Date | : | 10-May 10:46 |
| To | : | ☎819122385515 |
| Number of pages | : | 002 |
| Start time | : | 10-May 10:47 |
| End time | : | 10-May 10:48 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 610         *** SEND SUCCESSFUL ***

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

Scott L. Poff  
Clerk

Telephone :  
(912) 280-1330



FACSIMILE TRANSMITTAL SHEET

Date : 5/10/2005

To : Eric Leach, Joseph Milton, Joshua Whitman

From : Sherry Taylor

Document Description : Order in Powell V. Wheelis

Total Number of Pages : 1
(Excluding Transmittal Page)

Local Contact Person :
Telephone Number :

Note :

# Confirmation Report - Memory Send

Page       : 001
Date & Time: 10-May-2005  10:47
Line 1     : 9122801331
Machine ID : UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Job number | : | 609 |
| Date | : | 10-May 10:46 |
| To | : | ☎96380605 |
| Number of pages | : | 002 |
| Start time | : | 10-May 10:46 |
| End time | : | 10-May 10:47 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 609            *** SEND SUCCESSFUL ***

---

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

Scott L. Poff  
Clerk

Telephone :  
(912) 280-1330



FACSIMILE TRANSMITTAL SHEET

Date : _____5/10/2005_____

To  : _____Mary Helen Moses_____    From : _____Sherry Taylor_____

Document Description : Order in Powell V. Wheelis

Total Number of Pages : _____1_____  
(Excluding Transmittal Page)

Local Contact Person : _____  
Telephone Number : _____

Note :

## Confirmation Report – Memory Send

```
Page         : 001
Date & Time  : 10-May-2005  10:58
Line 1       : 9122801331
Machine ID   : UNITED STATES DISTRICT COURT
```

| | | |
|---|---|---|
| Job number | : | 611 |
| Date | : | 10-May 10:57 |
| To | : | ☎819122385515 |
| Number of pages | : | 002 |
| Start time | : | 10-May 10:57 |
| End time | : | 10-May 10:58 |
| Pages sent | : | 002 |
| Status | : | OK |

Job number   : 611          *** SEND SUCCESSFUL ***

---

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

Scott L. Poff  
Clerk

Telephone:  
(912) 280-1330



### FACSIMILE TRANSMITTAL SHEET

Date: 5/10/2005

To: A. Martin Kent, Catherine Duke, & Suzanne Pablo

From: Sherry Taylor

Document Description: Order in Powell V. Wheelis

Total Number of Pages: 1  
(Excluding Transmittal Page)

Local Contact Person:  
Telephone Number:

Note: