IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BARBARA POWELL, as legal guardian
of JEFFREY A. POWELL,

    Plaintiff,

vs.

JOHNNY WHEELIS, d/b/a W & W
HAULING, RICHARD D. LITTLE,
and W & W HAULING, INC., a
Georgia Corporation,

    Defendants.

CIVIL ACTION NO.: CV203-195

## ORDER

Plaintiff filed an Objection to Magistrate Judge James E. Graham's Order dated January 14, 2005. (Doc. No. 128.) In that Order, the Magistrate Judge granted Defendants' Motion in Limine to exclude testimony of James Sloan regarding alleged violations of Federal Motor Carrier Safety Regulations ("FMCSR"). Defendants have filed a Response. Plaintiff filed a Reply.

Upon review, Plaintiff's Objection (Doc. No. 137) is **overruled**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

**SO ORDERED**, this 9th day of May, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)