IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BARBARA POWELL, as legal guardian
of JEFFREY A. POWELL,

Plaintiff,

vs.

CIVIL ACTION NO.: CV203-195

JOHNNY WHEELIS, d/b/a W & W
HAULING, RICHARD D. LITTLE,
and W & W HAULING, INC., a
Georgia Corporation,

Defendants.

## ORDER

Plaintiff filed an Objection to Magistrate Judge James E. Graham's Order dated February 3, 2005. (Doc. No. 143.) In that Order, the Magistrate Judge granted Defendants' Motion for Leave of Court to Amend Consolidated Pretrial Order to add Jay Cochran as a witness at trial. Defendants filed a Response.

Upon review, Plaintiff's Objection (Doc. No. 152) is **overruled**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

SO ORDERED, this 9th day of May, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA