# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION



BARBARA POWELL, as legal guardian
of JEFFREY A. POWELL,

    Plaintiff,

vs.

JOHNNY WHEELIS, d/b/a W & W
HAULING, RICHARD D. LITTLE,
and W & W HAULING, INC., a
Georgia Corporation,

    Defendants.

CIVIL ACTION NO.: CV203-195

## O R D E R

    Defendants have filed objections to "those portions of the depositions of James Burke and Dr. Tsoulos that Plaintiff intends to introduce at trial." (Doc. 199.) Plaintiff has filed no response to those objections indicating no opposition thereto. Accordingly, Defendants' objections are **SUSTAINED**. Plaintiff is prohibited from introducing excerpts from the depositions of James Burke and Dr. Tsoulos as substantive evidence during Plaintiff's case in chief.

    **SO ORDERED**, this 23rd day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)