IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BARBARA POWELL, as legal guardian
of JEFFREY A. POWELL,

    Plaintiff,

vs.

JOHNNY WHEELIS, d/b/a W & W
HAULING, RICHARD D. LITTLE,
and W & W HAULING, INC., a
Georgia Corporation,

    Defendants.

CIVIL ACTION NO.: CV203-195

## ORDER

Plaintiff has filed a Motion for Reconsideration of this Court's Order dated June 23, 2005. (Doc. 213.) That Order sustained Defendants' unopposed objections to "those portions of the depositions of James Burke and Dr. Tsoulos that Plaintiff intends to introduce at trial." The Defendants have filed a response to said motion. Upon review, Plaintiff's Motion for Reconsideration is **DENIED**. The June 23, 2005 Order shall remain the Order of the Court.

**SO ORDERED**, this 25th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)