

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

BARBARA POWELL, as legal guardian
of JEFFREY A. POWELL,

    Plaintiff,

vs.

JOHNNY WHEELIS, d/b/a W & W
HAULING, RICHARD D. LITTLE,
and W & W HAULING, INC., a
Georgia Corporation,

    Defendants.

CIVIL ACTION NO.: CV203-195

## ORDER

On May 23, 2005, Defendants filed an Objection to Plaintiff's identification of portions of the depositions of James Burke and Dr. Tsoulos as evidence which she intends to introduce during the presentation of her case-in-chief at trial. James Burke is an expert witness retained by Defendants and Dr. Tsoulos is a physician who treated Jeffrey Powell. (Defendants took the video deposition of Dr. Tsoulos for use at trial.) Plaintiff filed no response to this Objection, and on June 23, 2005, Magistrate Judge Graham sustained the objection, stating specifically that the Objection was sustained because Plaintiff had filed no response, indicating no opposition thereto.

On June 30, 2005, Plaintiff filed a Motion for Reconsideration of the June 23, 2005, Order, and Defendants filed a Response. That Motion was denied on July 25, 2005, by Magistrate Judge Graham who again recited that the initial Objection was unopposed.

Plaintiff has now filed an Objection (Doc. 229) to the July 25, 2005 Order, Defendants have responded, and Plaintiff has filed a Reply. In Defendants' response, counsel for Defendants states that she agreed not to raise, as error, the failure to timely file a response to the Objection. As it is clear that the failure to timely respond to the initial Objection was the basis for the Magistrate Judge's Orders, those Orders are **overruled**. Plaintiff shall be allowed to introduce portions of the depositions of James Burke and Dr. Tsoulos during the presentation of her case-in-chief. Defendants may introduce, at that time, any other portions of either deposition.

SO ORDERED, this 26th day of August, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

C. Duke
A. Kent
E. Leach
J. Milton
S. Pablo
J. Whitman

CASE NO: CV203-195
DATE SERVED: 8/26/05
SERVED BY: slt

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate