IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BARBARA POWELL, as legal guardian
of JEFFREY A. POWELL,

  Plaintiff,

vs.

JOHNNY WHEELIS, d/b/a W & W
HAULING, RICHARD D. LITTLE,
and W & W HAULING, INC., a
Georgia Corporation,

  Defendants.

CIVIL ACTION NO.: CV203-195

## ORDER

Defendants Johnny Wheelis d/b/a W & W Hauling and W & W Hauling, Inc., have filed a Motion to Compel Appearance of Bankruptcy Trustee at Mediation. (Doc. 240.) No response has been filed to the motion indicating no opposition thereto. Accordingly, Said Defendants' unopposed Motion to Compel Appearance of Bankruptcy Trustee is **GRANTED**.

**SO ORDERED**, this 3rd day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)