AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 13 A 10: 46

CLERK

BARBARA POWELL, as legal guardian of
JEFFREY A. POWELL

## JUDGMENT IN A CIVIL CASE

V.  CASE NUMBER: CV203-195

JOHNNY WHEELIS d/b/a W&W HAULING;
RICHARD D. LITTLE; and W&W HAULING
INC., a Georgia Corporation

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the jury verdict rendered, judgment is hereby entered in favor of the Defendants, JOHNNY WHEELIS d/b/a W & W HAULING, RICHARD D. LITTLE, and W & W HAULING., A GEORGIA CORPORATION. Said Defendants shall have and recover their costs of Court, in their behalf expended, such costs to be taxed by the Clerk of this Court.

Approved by: _[signature]_
USDJ

October 13, 2005           Scott L. Poff
Date                       Clerk

                           _[signature]_
                           (By) Deputy Clerk